**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID J. BAILEY | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | DOCKET NO.: 20-14306 |
| | : | |
| AMAZON.COM, INC. *d/b/a* | : | |
| AMAZON.COM | : | |
| and | : | |
| AMAZON.COM SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties having resolved this matter, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff, David Bailey, and Defendants, Amazon.com, Inc. and Amazon.com Services LLC (improperly plead as "Amazon.com Services, Inc."), by and through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

*/s/ Timothy S. Seiler*  
Timothy S. Seiler, Esq.  
Karpf, Karpf & Cerutti, P.C.  
3331 Street Road  
Two Greenwood Sq., Suite 128  
Bensalem, PA  
Phone: (215) 639-0801  
Fax: (215) 639-4970  
Attorney for Plaintiff

*/s/ Rudolph J. Burshnic*  
Rudolph J. Burshnic II, Esq.  
August W. Heckman III, Esq.  
Morgan, Lewis & Bockius, LLP  
502 Carnegie Center  
Princeton, NJ 08540  
Telephone No.: 609.919.6600  
*Attorneys for Defendants*